**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert P. AGUILAR, Defendant–
Appellant.**

**UNITED STATES of America, Plaintiff–
Appellee–Cross–Appellant,**

v.

**Robert P. AGUILAR, Defendant–
Appellant–Cross–Appellee.**

Nos. 90–10597, 91–10024.

United States Court of Appeals,
Ninth Circuit.

Dec. 2, 1993.

Before: WALLACE, Chief Judge, HUG,
TANG, FARRIS, PREGERSON, NORRIS,
REINHARDT, BRUNETTI, KOZINSKI,
LEAVY, and FERNANDEZ, Circuit Judges.

### ORDER

The panel opinion in this case, filed on
May 12, 1993, amended on August 9, 1993,
and reported at 994 F.2d 609, is withdrawn.